# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3195
LT Case No. 2017-301127-CFDB

_____

MICHAEL V. HENDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Michael V. Henderson, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

August 20, 2024

PER CURIAM.

AFFIRMED.

MAKAR, JAY, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____